**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GREATER YELLOWSTONE COALITION;
NATURAL RESOURCES DEFENSE
COUNCIL; SIERRA CLUB;
DEFENDERS OF WILDLIFE,
            *Plaintiffs-Appellants,*

                    v.

WILMA A. LEWIS; TOM TIDWELL;
ROBERT V. ABBEY; THOMAS J.
VILSACK; KEN SALAZAR; BRENT
LARSON, Supervisor, Caribou-
Targhee National Forest,
            *Defendants-Appellees,*

J.R. SIMPLOT COMPANY; UNITED
STEELWORKERS LOCAL 632; CITY OF
POCATELLO; CITY OF CHUBBUCK;
CITY OF SODA SPRINGS; POWER
COUNTY; CARIBOU COUNTY;
BANNOCK COUNTY; IDAHO FARM
BUREAU FEDERATION; TOWN OF
AFTON, WYOMING; LINCOLN
COUNTY, WYOMING,
    *Defendant-intervenors-Appellees.*

No. 09-35729

D.C. No.
4:08-cv-00388-
MHW

1513

GREATER YELLOWSTONE COALITION;
NATURAL RESOURCES DEFENSE
COUNCIL; SIERRA CLUB;
DEFENDERS OF WILDLIFE,

*Plaintiffs,*

and

ASHLEY CREEK PROPERTIES, L.L.C.,
*Petitioner-intervenor-Appellant,*

v.

BRENT LARSON, Supervisor,
Caribou-Targhee National Forest,
in his official capacity; WILMA A.
LEWIS; TOM TIDWELL; ROBERT V.
ABBEY; THOMAS J. VILSACK; KEN
SALAZAR,

*Defendants,*

UNITED STEELWORKERS LOCAL 632;
CITY OF POCATELLO; CITY OF
CHUBBUCK; CITY OF SODA SPRINGS;
POWER COUNTY; CARIBOU COUNTY;
BANNOCK COUNTY; IDAHO FARM
BUREAU FEDERATION; TOWN OF
AFTON, WYOMING; LINCOLN
COUNTY, WYOMING,

*Defendant-intervenors,*

and

J.R. SIMPLOT COMPANY,
    *Defendant-intervenor-Appellee.*

No. 09-35753

D.C. No.
4:08-cv-00388-
MHW

ORDER

Filed December 23, 2010
Amended January 25, 2011

Before: Betty B. Fletcher, A. Wallace Tashima and
Sidney R. Thomas, Circuit Judges..

Due to a clerical error, the opinion filed December 23, 2010 erroneously included the case number and caption in No. 09-35753. The opinion is hereby amended by deleting this caption and should read as follows:

GREATER YELLOWSTONE COALITION;
NATURAL RESOURCES DEFENSE
COUNCIL; SIERRA CLUB;
DEFENDERS OF WILDLIFE,
        *Plaintiffs-Appellants,*

v.

WILMA A. LEWIS; TOM TIDWELL;
ROBERT V. ABBEY; THOMAS J.
VILSACK; KEN SALAZAR; BRENT
LARSON, Supervisor, Caribou-
Targhee National Forest,
                    *Defendants-Appellees,*

J.R. SIMPLOT COMPANY; UNITED
STEELWORKERS LOCAL 632; CITY OF
POCATELLO; CITY OF CHUBBUCK;
CITY OF SODA SPRINGS; POWER
COUNTY; CARIBOU COUNTY;
BANNOCK COUNTY; IDAHO FARM
BUREAU FEDERATION; TOWN OF
AFTON, WYOMING; LINCOLN
COUNTY, WYOMING,
    *Defendant-intervenors-Appellees.*

No. 09-35729
D.C. No.
4:08-cv-00388-
MHW
District of Idaho,
Pocatello

OPINION

**SO ORDERED**.